UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **REBECCA LAMPER ET AL** | **CASE NO. 2:21-CV-01141** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S SPECIALTY INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation [doc. 53] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the Motion to File Plaintiff's First Amended Petition and Motion for Remand [doc. 40] are DENIED.

**THUS DONE AND SIGNED** in Chambers on the 29th day of September, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**