**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **REBECCA LAMPER** | **CASE NO. 2:21-CV-01141** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S SPECIALTY INSURANCE CO** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion for Default Judgment [doc. 154] be **GRANTED** and that judgment be entered for plaintiff against defendants Jose Veracruz and Quality Operating Company d/b/a Bob's Containers, in solido, in the principal amount of **$336,019.48** plus costs and legal interest from the date of judicial demand until paid.

**THUS DONE AND SIGNED** in Chambers on the 24th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**